IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY D. LONDON, JR.**                                                                  **PLAINTIFF**
**ADC #653332**

v.                              Case No. 5:14-cv-00106-KGB-JJV

**JAMES SANDERS, Deputy, Dub**
**Brassell Detention Center;** *et al*.                                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 37). No objections have been filed, and the time for filing objections has passed. In prior Orders, this Court has addressed several of plaintiff Ricky D. London, Jr.'s claims. His claims against defendant James Sanders are the subject of the Proposed Findings and Recommendations. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The Court dismisses with prejudice Mr. London's complaint against defendant James Sanders. All pending motions are denied as moot, and judgment will be entered accordingly.

SO ORDERED this 30th day of November, 2015.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE