IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY D. LONDON, JR.**  **PLAINTIFF**
**ADC #653332**

v.   Case No. 5:14-cv-00106-KGB-JJV

**JAMES SANDERS, Deputy, Dub**
**Brassell Detention Center;** *et al*.   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day regarding plaintiff Ricky D. London, Jr.'s claims against defendant James Sanders and the Court's prior Order entered in this matter regarding claims against defendants other than Mr. Sanders (Dkt. No. 27), it is considered, ordered, and adjudged that this case is dismissed. The Court denies the relief requested.

SO ORDERED this 30th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE